IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              Case No. 3:13-CR-30008-001, -002

JESUS CONTRERAS-CASILLAS
a/k/a Pedro Casillas, Pedro Munoz Casellas,
Kevin Ivan Rodriguez, Pedro Munoz-Casillas
and DOROTHY KEYS
                                                                            DEFENDANTS

## ORDER

Currently before the Court is the Government's Motion to Amend/Correct Indictment (Doc. 30). The Government requests that the forfeiture allegation of the Indictment (Doc. 1) in this case be corrected to refer to the appropriate counts. The Indictment erroneously refers to "Counts One through Three" under subsection (b), and should refer to "Counts One through Four." Similarly, subsection (d) refers to "Count Three," and should refer to "Count Four." Counsel for Defendants have informed the Court that Defendants have no objection to the Government's Motion.

"Although the general rule is that a court may not amend an indictment, that rule is inapplicable when the change is one of form only." *United States v. Mason*, 869 F.2d 414, 417 (8th Cir. 1989). "Misnomers generally are mistakes of form that may be corrected by amending the indictment." *Id*. "Furthermore, a finding of prejudice to the defendant must be present before an amendment is held impermissible." *Id.* (quotation omitted).

The Court finds that the amendment requested by the Government is one of form only and that no prejudice to the defendant will result from granting the Government's Motion.

IT IS THEREFORE ORDERED that the Government's Motion (Doc. 30) is GRANTED.

IT IS SO ORDERED this 24th day of July, 2013.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE