IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                                        Case No. 3:13-CR-30008-001

PEDRO MUNOZ CASILLAS                                        DEFENDANT/PETITIONER

## O R D E R

The Court has received a report and recommendation (Doc. 83) from United States Magistrate Judge Mark E. Ford.  There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Petitioner Pedro Munoz Casillas' motion (Doc. 76) to vacate is DENIED.

IT IS SO ORDERED this 20th day of December, 2016.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE